UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES HOFFACKER** | * | |
| | * | |
| | * | **CIVIL ACTION NO. 21-cv-0234** |
| **VERSUS** | * | |
| | * | |
| **THE CITY OF NEW ORLEANS** | * | **BY CONSENT:** |
| Through the **NEW ORLEANS POLICE** | * | **MAGISTRATE "2"** |
| **DEPARTMENT AND** | * | **JUDGE CURRAULT** |
| **BRADLEY RHODES** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to the provision of Rule 41(a)(1)(A)(ii), it is hereby stipulated this 3rd day of May 2022 by and between the undersigned parties, that the claims in the above-captioned actions are dismissed with prejudice against Defendants, with each party to bear its own costs and fees.


FOR PLAINTIFF:

/s/ *Ravi K. Sangisetty*
SANGISETTY LAW FIRM, LLC
3914 Canal St.
New Orleans, LA 70119
(504) 662-1016
rks@sangisettylaw.com

FOR THE CITY OF NEW ORLEANS:

/s/ *Renee Goudeau*
**RENEE GOUDEAU, LSB # 33157**
ASSISTANT CITY ATTORNEY
REGOUDEAU@NOLA.GOV
**DAN MACNAMARA, LSB # 24532**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB # 31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB # 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA TURNER, LSB # 23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

FOR BRADLEY RHODES:

/s/ Willard J. Brown, Sr.
Law of Willard J. Brown, Sr.
4916 S. Claiborne Avenue
New Orleans, LA 70125
(504) 638-2274

Brownsrw@yahoo.com